FILED
2017 Jun-16 AM 08:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

JULIAN BARTLEY,

    Petitioner,

vs.

WARDEN SCOTT HASSELL, *et al.*,

    Respondents.

Civil Action Number
4:16-cv-01370-AKK-HNJ

## MEMORANDUM OPINION

On August 22, 2016, Julian Bartley filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. At the time he filed his petition, Bartley, a native of Jamaica, was incarcerated at the United States Immigration and Customs Enforcement ("ICE") facility at Gadsden, Alabama. In his petition, Bartley alleged that he was being illegally detained by ICE pending his deportation to Jamaica. *See generally* doc. 1.

On May 25, 2017, Bartley was released from ICE custody and removed from the United States to Jamaica. Docs. 23; 23-1. Respondents have filed a motion to dismiss the action as moot, since Bartley is no longer in ICE custody. Doc. 23.

After consideration of the record in this case and respondents' motion to dismiss, the court finds that Bartley's removal to Jamaica has rendered his habeas corpus petition moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003)

(citations omitted); *Soliman v. U.S. ex rel. INS*, 296 F.3d 1237 (11th Cir. 2002). Moreover, the court finds that no exceptions to the mootness doctrine apply in this case. *See Carafas v. LaVallee*, 391 U.S. 234, 237 (1968); *Murphy v. Hunt*, 455 U.S. 478, 482 (1982). Therefore, because there is no longer any relief that can be granted to Bartley, his petition is due to be dismissed as moot.

A final judgment will be entered contemporaneously herewith.

**DONE** the 16th day of June, 2017.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE